[No. 28445-0-III.   Division Three.   December 24, 2009.]

*In the Matter of the Custody of* SAMARA CHEYENNE DANIELS-LITTELL.

EDNA MICHELE LITTELL, *Respondent*, v. AARON ANTHONY LITTELL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-3-00010-7, Linda G. Tompkins, J., entered September 11, 2008. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, A.C.J., and Korsmo, J.

[No. 61704-4-I.   Division One.   December 28, 2009.]

RANDY R. MILLER, *Appellant*, v. ASSOCIATED PATHOLOGISTS, PC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-2-04823-3, Gerald L. Knight, J., entered April 16, 2008. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 62369-9-I.   Division One.   December 28, 2009.]

MARTIN HABIB, *Respondent*, v. EMERALD COIN VENDING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-33745-0, Michael J. Trickey, J., entered August 25, 2008. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Cox and Leach, JJ.

[No. 62374-5-I.   Division One.   December 28, 2009.]

AECON BUILDINGS, INC., *Respondent*, v. VANDERMOLEN CONSTRUCTION CO., INC., ET AL., *Defendants*, GLEN A. CASEBEER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-03044-5, Sharon S. Armstrong, J., entered September 3, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer, A.C.J., and Becker, J. Now published at 155 Wn. App. 733.